U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office

6/30 20 16
Walker Prescott
Deputy Clerk

# In The United States District Court For The Southern District Of Georgia

IN RE:     \*
               \*    Misc. Order No. MC 416-17
               \*
HONORABLE LAMAR W. DAVIS, JR.    \*

## Resolution

**Whereas** the HONORABLE LAMAR W. DAVIS, JR. has announced his intention to retire from auspicious federal service, thus bringing to a close a distinguished thirty year career as United States Bankruptcy Judge; and,

**Whereas** the Bench and Bar of the Southern District of Georgia, being desirous to indelibly chronicle their high regard, esteem, and affection for this singular individual and his invaluable service to this federal district, the State of Georgia, and the nation at large; and,

**Whereas** the most practical and effective means by which the aforestated objective may be realized and accomplished is through the publication and recordation of this instrument upon the minutes of the United States District Court for the Southern District of Georgia through, and by way of this order;

# Now Therefore

The United States District Court, with the consent and enthusiastic support of all individuals and entities named herein, does hereby separately state and enter its findings of fact and its conclusions of natural law in the following fashion:

# Findings of Fact

Lamar W. Davis, Jr., a scion of the greatest generation, while not born with the proverbial "Silver Spoon" was, nevertheless, ushered into this world by doting Christian parents on Christmas Eve, 1946, in the backseat of a new Plymouth automobile, somewhere near the geographic center of the District of South Carolina. Although thus forever deprived of the status and privilege enjoyed by "native Savannahians," Davis' family soon brought him to Oglethorpe's stronghold at the mainland bluff, so that the infant could at least grow up with the hope of presumptive nativity upon that sacred ground with the further prospect of "virtual" municipal naturalization at a later date.

Davis attended the public schools of Savannah, receiving a catholic and varied elementary background education at the Casimir Pulaski Institute for *noblesse polonaise*, the Juliet Gordon Lowe school for girls, and the Jacob Smith Academy for

ordinary people. The cap and crown of this strong foundation was cemented in place when Davis received his high school diploma from the prestigious (not inexpensive) Savannah Country Day School in 1964. Educational attainments arguably as arduous but with undoubtedly more consequence followed with a B.A. in Political Science from the elitist Emory University and a *Juris Doctor* (*Cum Laude*) from the Joseph Henry Lumpkin School of Law at the University of Georgia, at Athens. Davis' post-graduate endeavors left no doubt as to his high character, integrity, and thorough knowledge of politics and the law. Davis achieved many academic honors, including contributions in service as member and editing staff of the *Georgia Law Review*. It should be further noted that Davis arrived in Athens with a physical stature standing at five feet ten inches. When he left in 1973, he was then a full six feet five inches tall, having contracted an enviable but rare condition known to occur only among those who drink deeply from the pierian springs of true knowledge which, to this day, flow only in Athens.

During the time of his education, Lamar W. Davis, Jr., served in the Georgia Army National Guard from 1968 through 1974. For the sake of brevity, the activities and achievements undertaken and attained by Davis cannot all be replicated in this Order. Nevertheless, the Court notes with particularity the extraordinary good fortune which befell Davis in 1969, when he married the former Sarah

Elizabeth McNeely, of Atlanta, the mother of their two children and grandmother extraordinaire.

Lamar W. Davis, Jr., was admitted to practice before the bar of the courts of the State of Georgia in 1973, a date which marked the beginning of a distinguished, illustrious, and blameless career. Davis has served as a partner in a prestigious law firm, the legislature of the State of Georgia, and myriad important community leadership roles.

Of some interest herein, Lamar W. Davis, Jr., was appointed as United States Bankruptcy Judge following the retirement of the Honorable Herman W. Coolidge, whose predecessor was the Honorable Dudley H. Bowen, Jr., who was succeeded the Honorable Reginald McDuffie, etc., etc.

Lamar W. Davis, Jr., now concludes thirty years of service as United States Bankruptcy Judge. Having presided with fairness, equal treatment, firmness and decisiveness, Davis has demonstrated within the Southern District of Georgia and to the world beyond an agile mind, fueled by a rare intellect, supported by a superior education, and driven by an enviable work ethic. Lamar Davis is known throughout the Southern District, indeed throughout the Eleventh Circuit as a compassionate person, a servant of the law, and a leader among judges. Lamar Davis has proven his mettle in many arenas and now embodies the example envisioned by Solomon in the

proverb: "Seest thou a man diligent in his business? he shall stand before kings; he shall not stand before mean men."

Upon the foregoing findings of fact, the Court now enters its

## Conclusions of Law

Lamar W. Davis, Jr., has, throughout the last three decades, within and beyond the forty-three counties of the Southern District of Georgia, supported in partnership by his faithful, resourceful, lovely and devoted wife Sarah, served as a judge meritoriously and with distinction in thousands of cases presenting an extraordinary variety of circumstances, complexity, and difficulty. With a rare, dedicated, patient and measured approach, Lamar W. Davis, Jr., has left his footprints in the sands of time in his march towards the rule of law, the administration of true justice, and, without the slightest intention of self-aggrandizement, has brought to the United States District Court and all who worked with him, honor, respect, and prestige.

## Order

Upon the foregoing, it is hereby ORDERED, ADJUDGED, and DECREED that the bench and bar of the Southern District of Georgia, made and done through the entry of this Order in the minutes of the United States District Court for said district do hereby issue our commendation, our congratulations, and our heartfelt gratitude to Lamar and Sarah Davis in special recognition of his judicial service of the

highest caliber and her support, collegiality, friendship, and warmth, which faculties have touched and supported the current bench and bar of this district, and those who have gone before, in such a unique and dignified way.

It is hereby further ORDERED, ADJUDGED and DECREED that this document be filed and recorded as an Order in the minutes of the United States District Court on this the 30th day of June, 2016.

_____
LISA GODBEY WOOD
CHIEF U.S. DISTRICT JUDGE

_____
J. RANDAL HALL
U.S. DISTRICT JUDGE

_____
WILLIAM T. MOORE, JR.
U.S. DISTRICT JUDGE

_____
DUDLEY H. BOWEN, JR.
SENIOR U.S. DISTRICT JUDGE

_____
SUSAN D. BARRETT
CHIEF U.S. BANKRUPTCY JUDGE

_____
EDWARD J. COLEMAN, III
U.S. BANKRUPTCY JUDGE

_____
JOHN S. DALIS
U.S. BANKRUPTCY JUDGE

_____
G.R. SMITH
U.S. MAGISTRATE JUDGE

_____
BRIAN K. EPPS
U.S. MAGISTRATE JUDGE

_____
STAN BAKER
U.S. MAGISTRATE JUDGE

_____
CHAIRMAN
ATTORNEY ADVISORY
COMMITTEE

_____
RECORDING SECRETARY
ATTORNEY ADVISORY
COMMITTEE